UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FRANCISCO VASQUEZ GIL,<br><br>　　　　Defendant. | CASE NO.: 25-CR-00049-WQH<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue is granted (ECF No. 25), and the Motion Hearing/Trial Setting set for February 18, 2025, is continued to April 1, 2025, at 9:00 a.m.

The Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv) for the reasons stated in the Joint Motion to Continue.

Dated:  February 13, 2025

　　　　　　　　　　　　　　　　_William Q. Hayes_
　　　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　　　United States District Court