UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>FRANCISCO VASQUEZ GIL,<br><br>  Defendant. | CASE NO.: 25-CR-00049-WQH<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

**IT IS HEREBY ORDERED** that the joint motion to continue is granted (ECF No. 35), and the Motion Hearing/Trial Setting set for April 1, 2025, is continued to May 19, 2025, at 9:00 a.m.

The Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. §3161(h)(1)(D) and (h)(7)(A) for the reasons stated in the joint motion to continue.

Dated: March 27, 2025

Hon. William Q. Hayes
United States District Court